IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

*JAN 22 2025 PM1:06*
*FILED - USDC - NDTX - AM*

UNITED STATES OF AMERICA

v.

No.___**2- 25C R0 0 03 - 2**___

JUAN GABRIEL CASTRO (01)
    a/k/a "Big Boy"
LUIS GILBERTO GARCIA (02)
    a/k/a "Lil Nig"
TERRY DEON NOBLE (03)
DAVID DEWAYNE KEELIN (04)
CHARLOTTE ANN VILLANUEVA (05)
KODY RYAN PATTERSON (06)
MELISSA LYNN NELSON (07)
JOSHUA JAMES TARVER (08)
DANNY JAMES WISE (09)
CHRISTOPHER STEVEN CONLEY (10)
REBA LYNN MCLAUGHLIN (11)
MARIO SOCORRO MARTINEZ (12)
ALFREDO OLIVARES JIMENEZ (13)
    a/k/a "Freddie"

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute and Possess with
Intent to Distribute Controlled Substances
(Violation of 21 U.S.C. § 846)

From on or about a date unknown to the grand jury and continuing through on or

about the date of this indictment, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Juan Gabriel Castro**, also known as "Big Boy", **Luis Gilberto**

**Garcia**, also known as "Lil Nig", **Terry Deon Noble, David Dewayne Keelin,**

United States v. Castro, et al.
Indictment - Page 1

Charlotte Ann Villanueva, Kody Ryan Patterson, Melissa Lynn Nelson, Joshua James Tarver, Danny James Wise, Christopher Steven Conley, Reba Lynn McLaughlin, Mario Socorro Martinez, and Alfredo Olivares Jimenez, also known as "Freddie", defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine and cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

<u>Quantity of Controlled Substance Involved in the Conspiracy</u>

<u>*Methamphetamine*</u>

With respect to defendants **Juan Gabriel Castro**, also known as "Big Boy", **Luis Gilberto Garcia**, also known as "Lil Nig", **Terry Deon Noble, David Dewayne Keelin, Kody Ryan Patterson, Melissa Lynn Nelson, Joshua James Tarver, Danny James Wise, Christopher Steven Conley, Mario Socorro Martinez**, and **Alfredo Olivares Jimenez**, also known as "Freddie", the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

United States v. Castro, et al.
Indictment - Page 2

With respect to defendants **Charlotte Ann Villanueva** and **Reba Lynn McLaughlin**, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Quantity of Controlled Substance Involved in the Conspiracy

*Cocaine*

With respect to defendant **Juan Gabriel Castro**, also known as "Big Boy", **Luis Gilberto Garcia**, also known as "Lil Nig", **Terry Deon Noble**, and **David Dewayne Keelin** the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

<u>Count Two</u>
Possession with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about May 16, 2024, in the Amarillo Division of the Northern District of

Texas, the Southern District of Texas, and elsewhere, **Juan Gabriel Castro**, also known

as "Big Boy", and **Luis Gilberto Garcia**, also known as "Lil Nig", defendants, did

intentionally and knowingly possess with intent to distribute 50 grams and more of

methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United*

*States*, 328 U.S. 640 (1946).

**United States v. Castro, et al.**
**Indictment – Page 4**

<u>Count Three</u>
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about May 16, 2024, in the Amarillo Division of the Northern District of Texas, the Southern District of Texas, and elsewhere, **Juan Gabriel Castro**, also known as "Big Boy", and **Luis Gilberto Garcia**, also known as "Lil Nig", defendants, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Four</u>
Possession with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about April 14, 2024, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Terry Deon Noble** and **David Dewayne Keelin**, defendants, did

intentionally and knowingly possess with intent to distribute 50 grams and more of

methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United*

*States*, 328 U.S. 640 (1946).

<u>Count Five</u>
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 14, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Terry Deon Noble** and **David Dewayne Keelin**, defendants, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Six</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about August 1, 2024, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **David Dewayne Keelin** and **Charlotte Ann Villanueva**,

defendants, did knowingly and intentionally possess with intent to distribute a mixture

and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

## Count Seven
### Possession with Intent to Distribute Cocaine
### (Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about August 1, 2024, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **David Dewayne Keelin**, defendant, did intentionally and

knowingly possess with intent to distribute a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

<u>Count Eight</u>
Possession with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about April 30, 2024, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Kody Ryan Patterson** and **Melissa Lynn Nelson**, defendants, did

intentionally and knowingly possess with intent to distribute 50 grams and more of

methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United*

*States*, 328 U.S. 640 (1946).

<u>Count Nine</u>
Distribution and Possession with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about April 9, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Terry Deon Noble** and **Joshua James Tarver**, defendants, did intentionally and knowingly distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Ten
Possession with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about December 6, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Danny James Wise**, defendant, did intentionally and knowingly possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Eleven</u>
Possession with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about August 12, 2023, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Christopher Steven Conley**, defendant, did intentionally and

knowingly possess with intent to distribute 50 grams and more of methamphetamine

(actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United

States*, 328 U.S. 640 (1946).

<u>Count Twelve</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 28, 2024, in the Amarillo Division of the Northern District

of Texas, and elsewhere, **Reba Lynn McLaughlin**, defendant, did knowingly and

intentionally possess with intent to distribute a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

Count Thirteen
Distribution and Possession with Intent
to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about March 4, 2024, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Mario Socorro Martinez**, defendant, did knowingly and

intentionally distribute and possess with intent to distribute a mixture and substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Count Fourteen</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about July 3, 2024, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Mario Socorro Martinez**, defendant, did knowingly and

intentionally possess with intent to distribute a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

<u>Count Fifteen</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 22, 2024, in the Amarillo Division of the Northern District

of Texas, and elsewhere, **Alfredo Olivares Jimenez**, also known as "Freddie",

defendant, did knowingly and intentionally possess with intent to distribute a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

<u>Forfeiture Notice</u>
(21 U.S.C. § 853(a), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))

Upon conviction of any offense charging a violation of United States Code, Title

21, and pursuant to 21 U.S.C. § 853(a), defendants **Juan Gabriel Castro**, also known as

"Big Boy", **Luis Gilberto Garcia**, also known as "Lil Nig", **Terry Deon Noble, David**

**Dewayne Keelin, Charlotte Ann Villanueva, Kody Ryan Patterson, Melissa Lynn**

**Nelson, Joshua James Tarver, Danny James Wise, Christopher Steven Conley, Reba**

**Lynn McLaughlin, Mario Socorro Martinez**, and **Alfredo Olivares Jimenez**, also

known as "Freddie", defendants, shall forfeit to the United States of America any

property constituting, or derived from, any proceeds the defendant(s) obtained, directly or

indirectly, as a result of the offense(s), and any of the property used, or intended to be

used, in any manner or part, by the defendant(s) to commit, or to facilitate the

commission of the offense(s).

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result

of any act or omission of the defendant(s):

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without
            difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of

**United States v. Castro, et al.**
**Indictment - Page 18**

any other property of the defendant(s) up to the value of the forfeitable property

described above.

A TRUE BILL:

FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:        anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

JUAN GABRIEL CASTRO (01)
a/k/a "Big Boy"
LUIS GILBERTO GARCIA (02)
a/k/a "Lil Nig"
TERRY DEON NOBLE (03)
DAVID DEWAYNE KEELIN (04)
CHARLOTTE ANN VILLANUEVA (05)
KODY RYAN PATTERSON (06)
MELISSA LYNN NELSON (07)
JOSHUA JAMES TARVER (08)
DANNY JAMES WISE (09)
CHRISTOPHER STEVEN CONLEY (10)
REBA LYNN MCLAUGHLIN (11)
MARIO SOCORRO MARTINEZ (12)
ALFREDO OLIVARES JIMENEZ (13)
a/k/a "Freddie"

## INDICTMENT

| | |
|---|---|
| COUNT 1: | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Title 21, United States Code, Section 846. |
| COUNTS 2, 4, 8, 10 and 11: | POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE (ACTUAL)<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii). |
| COUNTS 3, 5 and 7: | POSSESSION WITH INTENT TO DISTRIBUTE COCAINE<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). |
| COUNTS 6, 12, 14 and 15: | POSSESSION WITH INTENT TO DISTRIBUTE |

METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

COUNT 9:    DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE (ACTUAL)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii).

COUNT 13:    DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

(15 COUNTS + FORFEITURE NOTICE)

A true bill rendered:

Amarillo _____  _____ Foreperson

Filed in open court this ___22nd___ day of ___January___, A.D. 2024.

_____ Clerk

ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT

_____
UNITED STATES MAGISTRATE JUDGE