IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:25-CR-003-Z (07) |
| MELISSA LYNN NELSON (07) | |

## FACTUAL RESUME

In support of Melissa Lynn Nelson's plea of guilty to the offense in Count One of the superseding information, Nelson, the defendant, Channy F. Wood, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the superseding information, charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, Convicted Felon in Possession of a Firearm, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a firearm as charged in the indictment;

*Second.*   That before the defendant possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year;

*Third.*   That the defendant knew she had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and

---

[1] Fifth Circuit Pattern Jury Instruction 2.43D (5th Cir. 2024 ed.).

**Melissa Lynn Nelson**
**Factual Resume—Page 1**

*Fourth.* That the firearm possessed traveled in interstate or foreign commerce; that is, before the defendant possessed the firearm, they had traveled at some time from one state to another or between any part of the United States and any other country.

## STIPULATED FACTS

1. Melissa Lynn Nelson, defendant, admits and agrees that on or about January 27, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, she was a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and she did knowingly possess in or affecting interstate or foreign commerce, a firearm, to wit, a Taurus, model PT740 SLIM, 40 caliber pistol, serial number SKR62935, knowing she had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(8).

2. On January 27, 2025, Drug Enforcement Administration (DEA) agents executed a federal search warrant at the residence of Melissa Lynn Nelson, located at 538 W. Colorado Avenue, Amarillo, Texas. During the execution of the warrant, agents located Nelson inside the residence. Nelson was arrested for an outstanding warrant. During a search of the residence, agents located a Taurus, model PT740 SLIM, 40 caliber pistol, serial number SKR62935, near the front entryway.

3. Nelson was transported to the DEA office for an interview. An agent read Nelson her *Miranda* warnings. Nelson waived her rights and agreed to make a statement. During the interview, Nelson admitted that she picked up the Taurus firearm earlier that

day and moved it. She also admitted that she knew she was a convicted felon and has been to prison several times.

4. Before Nelson possessed the above-described firearm, she had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, and she knew he had been convicted of a felony offense. Specifically, on September 1, 2010 the defendant was convicted of the felony offense of Manufacturing/Delivery of a Controlled Substance, Penalty Group 1, in Potter County, Texas.

5. Nelson admits that the firearm functioned as designed and, therefore, was or could readily have been put in operating condition. Further, Nelson admits that the firearm was not manufactured in the State of Texas. The Taurus, model PT740 SLIM, 40 caliber pistol was manufactured in Brazil. Because the firearm was found in Texas on January 27, 2025, it must have traveled in or affected interstate or foreign commerce; that is, before the defendant possessed the firearm, it had traveled at some time between any part of the United States or a foreign country.

6. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the superseding information.

7. The defendant further admits and agrees that she possessed the above-described firearm in violation of 18 U.S.C. § 922(g)(1) and it is, therefore, subject to

forfeiture, pursuant to 18 U.S.C. § 924(d), including any additional ammunition, magazines, or accessories recovered with the firearm.

AGREED TO AND STIPULATED on this 13th day of June, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
Melissa Lynn Nelson
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

_____
Channy F. Wood
Attorney for Defendant