IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:25-CR-003-Z (10) |
| CHRISTOPHER STEVEN CONLEY (10) | |

## FACTUAL RESUME

In support of Christopher Steven Conley's plea of guilty to the offense in Count Eleven of the Indictment, Conley, the defendant, Natalie Archer ~~Christopher Solis~~, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Eleven of the Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), that is, Possession with Intent to Distribute 50 Grams or More of Methamphetamine (Actual), the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.*   That the substance was in fact methamphetamine;

*Third.*   That the defendant possessed the substance with the intent to distribute it; and

*Fourth.*   That the quantity of the substance was at least 50 grams or more of methamphetamine (actual).

To "possess with intent to distribute" simply means to possess with intent to

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

Christopher Steven Conley
Factual Resume—Page 1

deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

## STIPULATED FACTS

1.  On or about August 12, 2023, in the Amarillo Division of the Northern District of Texas, the Southern District of Texas, and elsewhere, Christopher Steven Conley, defendant, did knowingly or intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

2.  On August 11, 2023, a Randall County Sheriff's Office (RCSO) deputy obtained a state-drug warrant for the residence of Christopher Steven Conley, located at 2023 Poplar Street, Amarillo, Texas. The warrant was executed on August 12, 2023. During the search, Conley was located inside the residence and detained.

3.  During a search of the residence, officers located a drug ledger, firearms, drug packaging materials, and several large baggies of methamphetamine in Conley's bedroom inside a cabinet. Officers also located a large baggie of methamphetamine in a black SUV parked at the residence.

4.  Conley was transported to the RCSO for an interview. An officer read Conley his *Miranda* warnings. Conley waived his rights and agreed to make a statement. During the interview, Conley admitted to running a drug trafficking organization that distributes methamphetamine in the Texas Panhandle. Conley admitted to building a network of mid-level drug dealers who distribute methamphetamine. Conley also admitted to coordinating robberies of individuals who owed him money. Conley admitted

to keeping firearms visible during drug deals as a threat of force. Conley admitted to receiving his methamphetamine from three sources of supply. Conley admitted that the methamphetamine seized from his room during the search had been fronted to him by his source of supply in the early morning hours of August 11, 2023. Conley also admitted to distributing the methamphetamine found inside the black-colored SUV to a customer.

5. The suspected methamphetamine located in Conley's bedroom was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, methamphetamine, a Schedule II controlled substance. The substance had a total net weight of 1817.316 grams and a purity level of approximately 97 to 100 percent.

6. Conley admits that he knowingly possessed with intent to distribute 50 grams or more of a controlled substance, namely methamphetamine (actual), a Schedule II controlled substance.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Eleven of the Indictment.

AGREED TO AND STIPULATED on this 24th day of June, 2025.

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*Christopher Conley*
Christopher Steven Conley
Defendant

*Anna Marie Bell*
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
300 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

*Natalie Archer*
Natalie Archer
Attorney for Defendant