IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:25-CR-003-Z (09) |
| DANNY JAMES WISE (09) | |

## FACTUAL RESUME

In support of Danny James Wise's plea of guilty to the offense in Count One of the Superseding Information, Wise, the defendant, Michael King, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Superseding Information, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.*   That the substance was in fact methamphetamine; and

*Third.*   That the defendant possessed the substance with the intent to distribute it.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

Danny James Wise
Factual Resume—Page 1

## STIPULATED FACTS

1. On or about December 6, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, Danny James Wise, defendant, did knowingly or intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. On December 6, 2023, Potter County Sheriff's Office Deputies observed a Nissan Murano depart from a property located in Potter County, Texas. Deputies observed the vehicle fail to stop at a stop sign at the intersection of Loop 335 and Eastern Street. A deputy conducted a traffic stop of the vehicle and made contact with the driver, who was identified as Danny James Wise.

3. While speaking with Wise, the deputy smelled the odor of marijuana emitting from the vehicle. Based on the odor of marijuana, the deputy conducted a probable cause search of the Nissan. During the search, a deputy discovered a large baggie of suspected methamphetamine concealed inside a pink sock on the driver's side floorboard.

4. A deputy conducted a roadside interview with Wise. The deputy read Wise his *Miranda* warnings. Wise agreed to answer questions. Wise confessed to ownership of the methamphetamine found in the vehicle. Wise stated that he believed the quantity to be approximately two or three ounces. This amount of methamphetamine is consistent with distribution, as opposed to personal use.

5. January 11, 2024, a Drug Enforcement Administration Task Force Officer (DEA TFO) conducted an interview with Wise at the Amarillo DEA Office. During the interview, Wise admitted to using and distributing methamphetamine since his release in prison in 2019. Wise stated that he sold methamphetamine to get out of a financial bind.

6. The suspected methamphetamine was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, methamphetamine, a Schedule II controlled substance. The substance had a total net weight of 104.5 grams and a purity level of approximately 99 percent.

7. Wise admits that he knowingly possessed with intent to distribute a controlled substance, namely methamphetamine, a Schedule II controlled substance.

8. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Superseding Information.

AGREED TO AND STIPULATED on this 30 day of May, 2025.

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
Danny James Wise
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
300 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

_____
Michael King
Attorney for Defendant