IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.                                                    NO. 2:25-CR-003-Z (08)

JOSHUA JAMES TARVER (08)

## FACTUAL RESUME

In support of Joshua James Tarver's plea of guilty to the offense in Count One of the Superseding Information, Tarver, the defendant, Slater Elza, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Superseding Information, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), that is, Possession with Intent to Distribute Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*     That the defendant knowingly possessed a controlled substance;

*Second.*     That the substance was in fact methamphetamine; and

*Third.*     That the defendant possessed the substance with the intent to distribute it.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

**Joshua James Tarver**
**Factual Resume—Page 1**

## STIPULATED FACTS

1.      On or about April 9, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, Joshua James Tarver, defendant, did knowingly or intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2.      On April 9, 2024, Drug Enforcement Administration (DEA) agents utilized a confidential source (CS) to make a controlled purchase of methamphetamine from Terry Deon Noble.  The CS conducted several consensually recorded phone calls to Noble to coordinate the purchase of a pound of methamphetamine for $3,000.  Noble advised the CS that he and Joshua Tarver would deliver the methamphetamine to CS. The CS and an undercover officer (UC) arrived at the agreed meet location, 1902 S. Lipscomb Street, Amarillo, Texas, and waited to meet Noble and Tarver.

3.      A short time later, a gray Nissan Altima pulled into the driveway of the residence. DEA agents observed Tarver get out of the front passenger seat and walk into the residence. While inside the residence, Tarver gave CS and the UC a blue-colored backpack that contained approximately one pound of methamphetamine.  The UC gave Tarver $3,000.

4.      The suspected methamphetamine was sent to the DEA South Central Laboratory.  The DEA Laboratory confirmed that the substance was, in fact, methamphetamine, a Schedule II controlled substance.  The substance had a total net weight of 435.7 grams and a purity level of approximately 97 percent.

**Joshua James Tarver**
**Factual Resume—Page 2**

5.      Tarver admits that he knowingly possessed with intent to distribute a controlled substance, namely methamphetamine, a Schedule II controlled substance.

6.      The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Superseding Information.

AGREED TO AND STIPULATED on this 1st day of July, 2025.

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
Joshua James Tarver
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

_____
Slater Elza
Attorney for Defendant

Joshua James Tarver
Factual Resume—Page 3